1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              EASTERN DISTRICT OF CALIFORNIA

10

11   PHILIP JOHNSON,                          No.  1:15-cv-00493-SKO   HC

12                  Petitioner,               **ORDER DENYING PETITIONER'S**
                                              **MOTION TO AMEND REPLY**
13          v.

14   RAFAEL ZUNIGA,
                                              **(Doc. 17)**
15                  Respondent.

16

17          Petitioner is a federal prisoner proceeding *pro se* with a petition for writ of habeas corpus

18   pursuant to 28 U.S.C. § 2241.[1]  On July 31, 2015, Petitioner submitted his reply to Respondent's

19   answer, and the Court took the petition under submission.  Petitioner now moves to amend his

20   reply and append an exhibit concerning the availability of typewriter ribbons at the Federal

21   Correctional Center Mendota ("FCI Mendota"), where Petitioner is incarcerated.

22          Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts

23   does not provide for amendments to responses or replies (traverses).  To the extent that the

24   provisions of the Federal Rules of Civil Procedure are not inconsistent with the Rules Governing

25
     Section 2254 Cases in the United States District Courts, they may be applied to this proceeding.
26

27   _____

28   [1] Pursuant to 28 U.S.C. § 636(c)(1), both parties consented, in writing, to the jurisdiction of a United States
     Magistrate Judge to conduct all further proceedings in this case, including the entry of final judgment.

Rule 12, Rules Governing Section 2254 Cases in the United States District Courts.

A party may amend a pleading as a matter of course within 21 days after service of the pleading. F.R.Civ.P. 15(a)(1)(A). Because Petitioner's reply was filed July 31, 2015, the period in which he could amend as a matter of course expired August 21, 2015.

In all other instances, a party may amend only with the consent of the opposing party or leave of court. F.R.Civ.P. 15(a)(2). "The court should freely give leave when justice requires." *Id.* Here, the proposed amendment is not substantive. It consists of Petitioner's attempt to edit the document to make it "more focused and concise," and to add an exhibit supporting Petitioner's contention that typewriter ribbons are not contraband in FCI Mendota. Just resolution of Petitioner's petition will not be affected by denying the motion to amend the reply.

The motion to amend the reply is hereby DENIED.


IT IS SO ORDERED.

Dated:   **February 1, 2016**                    **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE

2